UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFTON HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 4:21-CV-166-BO |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on cross-motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 16] is GRANTED and defendant's motion for judgment on the pleadings [DE 20] is DENIED. The decision of the Commissioner is hereby REVERSED and the matter is remanded for an award of benefits.

**This judgment filed and entered on March 24, 2023, and served on:**
Derrick Kyle Arrowood (via CM/ECF NEF)
Amanda Gilman (via CM/ECF NEF)
Mark J. Dorval (via CM/ECF NEF)

March 24, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk