IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CV-00166-BO

| CLIFTON HOWARD, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| KILOLO KIJAKAZI, | ) |  |
| Acting Commissioner of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $24,769.25 for attorney fees, representing 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fees of $13,852.90.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Derrick K. Arrowood, the sum of $24,769.25 sent to his office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $13,852.90 and upon the payment of such sums, this case is dismissed with prejudice.

This __17__ day of __August__, 2023,

_Terrence W. Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE